## Dagny Eizerman, Appellee, v. Gus Kypros, Trading as Ideal Meat Market, and 1935 East 71st Street Building Corporation.
## Appeal of 1935 East 71st Street Building Corporation.

Gen. No. 41,453.

opinion filed December 23, 1940; rehearing denied January 6, 1941. Rawlins & Wright, for appellant; Fay Warren Johnson, of counsel; Louis T. Herzon, for appellee. Opinion by Presiding Justice O'Connor. "Not to be published in full."